IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAR 29 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | **SUPERSEDING** |
| Plaintiff, | ) | **INFORMATION** |
| | ) | |
| v. | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| AMEIR EDWARDS, | ) | |
| | ) | CASE NO. 1:23-CR-00245 |
| Defendant. | ) | |
| | ) | Title 18, United States Code, Section |
| | ) | 924(c)(1)(A)(i); Title 21, United States |
| | ) | Code, Sections 841(a)(1) and (b)(1)(C); |

## COUNT 1
(Possession with Intent to Distribute Cocaine Base, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The United States Attorney charges:

1. On or about July 20, 2022, in the Northern District of Ohio, Eastern Division, Defendant AMEIR EDWARDS did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 2
(Possession with Intent to Distribute Fentanyl and Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The United States Attorney further charges:

2. On or about July 20, 2022, in the Northern District of Ohio, Eastern Division, Defendant AMEIR EDWARDS did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl and cocaine,

Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i))

The United States Attorney further charges:

3. On or about July 20, 2022, in the Northern District of Ohio, Eastern Division, Defendant AMEIR EDWARDS did possess a firearm in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as charged in Counts 1 and 2, of this Superseding Information, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The United States Attorney further charges:

4. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 3, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant AMEIR EDWARDS, shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violations charged in Counts 1 and 2; any and all of property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations charged in Counts 1 and 2; and, all firearms and ammunition involved in or used in the commission of the violations charged in Count 3; including, but not limited to, the following: a Glock, Model 19, 9mm pistol, bearing serial number BNYY895, with

an installed conversion device which is designed to shoot automatically, more than one shot, without manual reloading, by a single function of a trigger.

REBECCA C. LUTZKO
United States Attorney

By: /s/ Margaret A. Sweeney
Margaret A. Sweeney, Chief
OCDETF Unit