**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO:  1:23-cr-00245 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| Vs. | ) | |
| | ) | |
| **AMEIR EDWARDS,** | ) | ORDER ADOPTING |
| | ) | REPORT AND RECOMMENDATION |
| | ) | OF MAGISTRATE JUDGE |
| Defendant. | ) | |

    The above Defendant, accompanied by counsel, proffered a plea of guilty before Magistrate Judge Reuben J. Sheperd, to a charge in the Superseding Information.  The Court finds that the Defendant's proffer of guilt was made under oath knowingly, intelligently and voluntarily and that all requirements imposed by the United States Constitution and Fed.R.Crim.P. 11 are satisfied.  THEREFORE, the Court adopts the Report and Recommendation of Magistrate Judge  Reuben J. Sheperd, approves the Plea Agreement, accepts the Defendant's offer of guilt and finds the Defendant guilty as charged in the Superseding Information.

    The signed Plea Agreement shall be filed as of the date of this Order.

    IT IS SO ORDERED.

                                                  s/ Christopher A. Boyko
                                                  CHRISTOPHER A. BOYKO
                                                  Senior United States District Judge

Dated: April 12, 2024